**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Daniel J. Wallace M.D., a Medical Corporation |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Wallace and Lee Center |
| 3. | Debtor's federal Employer Identification Number (EIN) | 95-3744782 |

4. Debtor's address

**Principal place of business**

**8750 Wilshire Blvd., Suite 210**
**Beverly Hills, CA 90211**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL)  _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Daniel J. Wallace M.D., a Medical Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.    Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

‾‾‾‾‾‾‾

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Daniel J. Wallace M.D., a Medical Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    __Daniel J. Wallace M.D., a Medical Corporation_____    Case number (*if known*) _____
                Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | Daniel J. Wallace M.D., a Medical Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

▮ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/03/2024
                MM / DD / YYYY

X _____          Daniel J. Wallace M.D.
Signature of authorized representative of debtor          Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X _____   Date 06/03/2024
Signature of attorney for debtor                MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 271-6223**      Email address   **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

| Fill in this information to identify the case: |
| --- |

Debtor name **Daniel J. Wallace M.D., a Medical Corporation**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _6/3/2024_        x _____

Signature of individual signing on behalf of debtor

**Daniel J. Wallace M.D.**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Daniel J. Wallace M.D., a Medical Corporation |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bank of America One Independence Center NC1-001-05-13 101 N. Troy Street Charlotte, NC 28255-0001 | | All business assets | | $904,287.77 | Unknown | Unknown |
| Bank of America Attn: Bankruptcy NC4-10 POB 26012 Greensboro, NC 27410 | | Business Credit Card | | | | $171,822.80 |
| Bank of America Attn: Bankruptcy NC4-10 POB 26012 Greensboro, NC 27410 | | Business Credit Card | | | | $25,066.32 |
| Bank of America Attn: Bankruptcy NC4-10 POB 26012 Greensboro, NC 27410 | | Business Credit Card | | | | $24,266.11 |
| Christine Hsin-Ying Lee 8750 Wilshire Blvd., Suite 210 Beverly Hills, CA 90211 | | Loan | | | | $200,000.00 |
| CuraScript 255 Technology Park Lake Mary, FL 32746 | | Distributor for infusion medication; promissory note | | | | $161,008.69 |

Debtor   **Daniel J. Wallace M.D., a Medical Corporation**
_____    Case number *(if known)*   _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Daniel J. Wallace M.D.** **8750 Wilshire Blvd., Suite 210** **Beverly Hills, CA 90211** | | **Loan** | | | | $200,000.00 |
| **Henry Schein** **520 S Rock Blvd.** **Reno, NV 89502** | | **Supplies** | | | | $57,326.77 |
| **Internal Revenue Service** **P O Box 7346** **Philadelphia, PA 19101-7346** | | **Payroll Audit** | | | | Unknown |
| **Marilyn Miranda** **c/o AmTrust North America** **Attn: Jason Wu** **PO Box 89404** **Cleveland, OH 44101** | | **Workers' compensation claim** | **Contingent Unliquidated Disputed** | | | Unknown |
| **McKesson Corporation And Affiliates** **401 Mason Road** **La Vergne, TN 37086** | | **All assets of the Debtor; Dispute as to whether or not the debt is secured.** | **Contingent Unliquidated Disputed** | $2,025,523.80 | Unknown | Unknown |
| **Wilshire Robertson SE, LP** **c/o Amir Development Co.** **8730 Wilshire Blvd., Suite 300** **Beverly Hills, CA 90211** | | **June rent and delinquent CAM charges** | | | | $57,487.41 |

# United States Bankruptcy Court
## Central District of California

In re   __Daniel J. Wallace M.D., a Medical Corporation__        Case No. _____

                       Debtor(s)                     Chapter   __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christine Hsin-Ying Lee**<br>**8750 Wilshire Blvd., Suite 210**<br>**Beverly Hills, CA 90211** | **50%** | **100 shares of the stock** | **common stock** |
| **Daniel J. Wallace**<br>**8750 Wilshire Blvd., Suite 210**<br>**Beverly Hills, CA 90211** | **50%** | **100 shares of the stock** | **common stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Daniel J. Wallace, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __6/3/2024__           Signature _____

                                               **Daniel J. Wallace M.D.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that is filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Beverly Hills**_____, California.

Date: _____

_____
Daniel J. Wallace M.D.
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*           **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Daniel J. Wallace M.D., a Medical Corporation** | |
| United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $              0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................. $        301,368.88

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $        301,368.88

---

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      2,929,811.57

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................. $         57,706.71

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. +$        896,978.10

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b                                                                     $      3,884,496.38

**Fill in this information to identify the case:**

Debtor name     **Daniel J. Wallace M.D., a Medical Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits | Value |
|---|---|---|---|---|
| 3.1. | **Bank of America** | Checking account | 4064 | $38,836.06 |
| 3.2. | **Bank of America** | Checking account (infusion) | 2385 | $918.21 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$39,754.27

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security deposit with Amir Development (landlord)** | $53,397.38 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| Debtor | **Daniel J. Wallace M.D., a Medical Corporation** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$53,397.38

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**
11a. 90 days old or less
and over 90 days

| $548,149.07 | - | $426,038.39 | = .... | $122,110.68 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$122,110.68

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **Raw materials** | | | | |
| **20.** | **Work in progress** | | | | |
| **21.** | **Finished goods, including goods held for resale** | | | | |
| **22.** | **Other inventory or supplies** **Medical supplies** | | | | $1,343.16 |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$1,343.16

**24.** **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **Daniel J. Wallace M.D., a Medical Corporation** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Equipment** | _____ | _____ | $10,800.00 |
| | **22 computers, 1 server, 22 desk chairs, 5 desks, 18 companion chairs, 2 TVs, 2 couches, 3 dining tables, 15 dining chairs, art prints, and other computer equipment.** | _____ | _____ | $73,963.39 |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $84,763.39 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

Medical office lease for premises located at 8750 Wilshire Blvd., Suite 210, Beverly Hills, CA 90211. The premises is a medical office suite consisting of 7797 sq.ft. Monthly lease obligation is $47,058.55. Security deposit is $53,397.38. The lease provides for an annual 2.5% increase. It is a full service gross lease. The lease term is for 10 years and 5 months. The lease commenced in 12/2021. The lease contains a provision for "Option to Renew" for an additional 5 years.

Debtor   **Daniel J. Wallace M.D., a Medical Corporation**_____    Case number *(If known)* _____
　　　　　　　Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.   Internet domain names and websites** | | | |
| **62.   Licenses, franchises, and royalties** | | | |
| **Business Tax Certificate issued by City of Beverly Hills** | _____ | _____ | $0.00 |
| **Certificate of Registration issued by Division of Clinical Laboratory Improvement & Quality** | _____ | _____ | $0.00 |
| **Fictitious Business Name Certificate for "Wallace and Lee Center"** | _____ | _____ | $0.00 |
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| **64.   Other intangibles, or intellectual property** | | | |
| **65.   Goodwill** | | | |

**66.   Total of Part 10.**                                                                                    | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

**67.   Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
☑ No
☐ Yes

**68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Daniel J. Wallace M.D., a Medical Corporation**                    Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $39,754.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $53,397.38 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $122,110.68 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,343.16 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $84,763.39 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $301,368.88 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $301,368.88 |

| Fill in this information to identify the case: |
|---|
| Debtor name __Daniel J. Wallace M.D., a Medical Corporation__ |
| United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

---

**2.1   Bank of America**
Creditor's Name

**One Independence Center**
**NC1-001-05-13**
**101 N. Troy Street**
**Charlotte, NC 28255-0001**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**12/17/2021**
Last 4 digits of account number
**5012**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All business assets**

Describe the lien
**UCC-1 Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$904,287.77**
Column B: **Unknown**

---

**2.2   McKesson Corporation**
**And Affiliates**
Creditor's Name

**401 Mason Road**
**La Vergne, TN 37086**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**10/9/2019**
Last 4 digits of account number
**2715**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**All assets of the Debtor; Dispute as to whether or not the debt is secured.**

Describe the lien
**UCC-1 Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$2,025,523.80**
Column B: **Unknown**

---

Debtor   **Daniel J. Wallace M.D., a Medical Corporation** _____   Case number (if known) _____
   Name

| | |
|---|---|
| ☑ No | ☑ Contingent |
| ☐ Yes. Specify each creditor, | ☑ Unliquidated |
| including this creditor and its relative | ☑ Disputed |
| priority. | |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$2,929,811.57**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Daniel J. Wallace M.D., a Medical Corporation** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,706.71** | **Unknown** |
|  | **Internal Revenue Service** | ☐ Contingent | | |
|  | **P O Box 7346** | ☐ Unliquidated | | |
|  | **Philadelphia, PA 19101-7346** | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | **2nd Q of 2022** | **Payroll Audit** | | |
|  | Last 4 digits of account number **4782** | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY | ■ No | | |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | | Amount of claim |
|---|---|---|---|
|  | | | |
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$171,822.80** |
|  | **Bank of America** | ☐ Contingent | |
|  | **Attn: Bankruptcy NC4-10** | ☐ Unliquidated | |
|  | **POB 26012** | ☐ Disputed | |
|  | **Greensboro, NC 27410** | Basis for the claim: **Business Credit Card** | |
|  | Date(s) debt was incurred **2023-2024** | | |
|  | Last 4 digits of account number **9179,1552** | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$25,066.32** |
|  | **Bank of America** | ☐ Contingent | |
|  | **Attn: Bankruptcy NC4-10** | ☐ Unliquidated | |
|  | **POB 26012** | ☐ Disputed | |
|  | **Greensboro, NC 27410** | Basis for the claim: **Business Credit Card** | |
|  | Date(s) debt was incurred **2023-2024** | | |
|  | Last 4 digits of account number **6549,6330** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Daniel J. Wallace M.D., a Medical Corporation** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,266.11**

**Bank of America**
**Attn: Bankruptcy NC4-10**
**POB 26012**
**Greensboro, NC 27410**

Date(s) debt was incurred **2023-2024**

Last 4 digits of account number **7314,4549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$200,000.00**

**Christine Hsin-Ying Lee, M.D.**
**8750 Wilshire Blvd., Suite 210**
**Beverly Hills, CA 90211**

Date(s) debt was incurred **2023**

Last 4 digits of account number **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$161,008.69**

**CuraScript**
**255 Technology Park**
**Lake Mary, FL 32746**

Date(s) debt was incurred **2023 - 2024**

Last 4 digits of account number **8136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Distributor for infusion medication; promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$200,000.00**

**Daniel J. Wallace M.D.**
**8750 Wilshire Blvd., Suite 210**
**Beverly Hills, CA 90211**

Date(s) debt was incurred **2023**

Last 4 digits of account number **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$57,326.77**

**Henry Schein**
**520 S Rock Blvd.**
**Reno, NV 89502**

Date(s) debt was incurred **2024**

Last 4 digits of account number **2785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **Unknown**

**Marilyn Miranda**
**c/o AmTrust North America**
**Attn: Jason Wu**
**PO Box 89404**
**Cleveland, OH 44101**

Date(s) debt was incurred **7/29/2023**

Last 4 digits of account number **8071**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Workers' compensation claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$57,487.41**

**Wilshire Robertson SE, LP**
**c/o Amir Development Co.**
**8730 Wilshire Blvd., Suite 300**
**Beverly Hills, CA 90211**

Date(s) debt was incurred **June 20024**

Last 4 digits of account number **n/a**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **June rent and delinquent CAM charges**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

| Debtor | **Daniel J. Wallace M.D., a Medical Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CuraScript SD Distribution**<br>**PO Box 978510**<br>**Dallas, TX 75397-8510** | Line  **3.5**<br><br>☐  Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 57,706.71 |
| 5b. Total claims from Part 2 | 5b. + | $ | 896,978.10 |
| | | | |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 954,684.81 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Daniel J. Wallace M.D., a Medical Corporation** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Sales and Service Agreement for a Leased Canon DXC3826i color copier, Canon Inner 2 way tray, Canon cabinet, and Canon surge protector. The Lease Agreement was entered into on 1/14/2022 for a 60-month term. Monthly payment is $130.00.** | |
|---|---|---|---|
| | State the term remaining | **1/17/2017** | |
| | List the contract number of any government contract | _____ | CBE Office Solutions<br>4 Mason Ste. A<br>Irvine, CA 92618 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Point of Sale Service Agreement from 2/1/23 - 1/31/27. Pursuant to the agreement. Horiba provides equipment maintenance service as a special Point of Sale billing rates for a specified Term. The instruments covered by this agreement include Pentra C400ISE, Serial No.: 103C4-1137. Annual Service Rate is $10,800.** | |
|---|---|---|---|
| | State the term remaining | **12/2/2026** | |
| | List the contract number of any government contract | _____ | Horiba Medical Service<br>9755 Research Drive<br>Irvine, CA 92618 |

Debtor 1    **Daniel J. Wallace M.D., a Medical Corporation**
First Name    Middle Name    Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Medico Service Agreement for patient gowns, laundry bags, and racks ("Linen & Garment Rental Agreement").** | |
| | State the term remaining | **8/31/2026** | |
| | List the contract number of any government contract | _____ | **Medico Professional Linen Service**<br>**2654 Sequoia Drive**<br>**South Gate, CA 90280** |

| | | | |
|---|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease Agreement between the Debtor and WRS LLC pursuant to which WRS LLC shall have the right to occupy one office within the premises located at 8750 Wilshire Blvd., Suite 210, Beverly Hills, CA 90211. The rent is $5,000/month.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Wallace Rheumatic Studies LLC**<br>**8750 Wilshire Blvd., Suite 210**<br>**Beverly Hills, CA 90211** |

Debtor 1   **Daniel J. Wallace M.D., a Medical Corporation**                     Case number *(if known)* _____

First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**                     State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Medical office lease for premises located at 8750 Wilshire Blvd., Suite 210, Beverly Hills, CA 90211. The premises is a medical office suite consisting of 7797 sq.ft. Monthly lease obligation is $47,058.55. Security deposit is $53,397.38. The lease provides for an annual 2.5% increase. It is a full service gross lease. The lease term is for 10 years and 5 months. The lease commenced in 12/2021. The lease contains a provision for "Option to Renew" for an additional 5 years.** | |
| | State the term remaining | **5/1/2031** | Wilshire Robertson SE, LP c/o Amir Development Co. 8730 Wilshire Blvd., Suite 300 Beverly Hills, CA 90211 |
| | List the contract number of any government contract | _____ | |

| Fill in this information to identify the case: |
|---|
| Debtor name    **Daniel J. Wallace M.D., a Medical Corporation** |
| United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* Codebtor                                          *Column 2:* Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Christine Hsin-Ying Lee. M.D. | 8750 Wilshire Blvd., Suite 210 Beverly Hills, CA 90211 | Bank of America | ☑ D   **2.1**<br>☐ E/F ___<br>☐ G ___ |
| 2.2 | Daniel J. Wallace M.D. | 8750 Wilshire Blvd., Suite 210 Beverly Hills, CA 90211 | Bank of America | ☐ D ___<br>☑ E/F   **3.1**<br>☐ G ___ |
| 2.3 | Daniel J. Wallace M.D. | 8750 Wilshire Blvd., Suite 210 Beverly Hills, CA 90211 | Bank of America | ☐ D ___<br>☑ E/F   **3.2**<br>☐ G ___ |
| 2.4 | Daniel J. Wallace M.D. | 8750 Wilshire Blvd., Suite 210 Beverly Hills, CA 90211 | Bank of America | ☐ D ___<br>☑ E/F   **3.3**<br>☐ G ___ |
| 2.5 | Daniel J. Wallace M.D. | 8750 Wilshire Blvd., Suite 210 Beverly Hills, CA 90211 | Bank of America | ☑ D   **2.1**<br>☐ E/F ___<br>☐ G ___ |

| Debtor | **Daniel J. Wallace M.D., a Medical Corporation** | Case number *(if known)* | |

---

| | **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                                                                *Column 2:* Creditor

| 2.6 | **Wallace Rheumatic Studies Center LLC** | **8750 Wilshire Blvd., Suite 210 Beverly Hills, CA 90211** | **Bank of America** | ☑ D ___2.1___ ☐ E/F _____ ☐ G _____ |

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Daniel J. Wallace M.D., a Medical Corporation** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  3/01/2024 to Filing Date | ☐ Operating a business<br>☑ Other    **Gross receipts or sale** | $1,037,807.92 |
| **For prior year:**<br>From  3/01/2023 to  2/29/2024 | ☐ Operating a business<br>☑ Other    **Gross receipts or sale** | $10,052,644.02 |
| **For year before that:**<br>From  1/01/2022 to 12/31/2022 | ☐ Operating a business<br>☑ Other    **Gross receipts or sales** | $10,123,169.00 |

**2.    Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Daniel J. Wallace M.D., a Medical Corporation**                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | CuraScript<br>255 Technology Park<br>Lake Mary, FL 32746 | 3/6/24-<br>6/3/24 | $208,701.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☑ Other  medical drugs |
| 3.2. | Wilshire Robertson SE, LP<br>c/o Amir Development Co.<br>8730 Wilshire Blvd., Suite 300<br>Beverly Hills, CA 90211 | 3/6/24 -<br>6/3/24 | $99,653.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  landlord (rent) |
| 3.3. | John Hancock Life Insurance Company<br>PO Box 7247-0274<br>Philadelphia, PA 19170-0274 | 3/6/24 - 6<br>/3/24 | $37,902.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  401k contribution |
| 3.4. | Bank of America<br>One Independence Center<br>NC1-001-05-13<br>101 N. Troy Street<br>Charlotte, NC 28255-0001 | 3/6/24 -<br>6/3/24 | $33,552.87 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | Henry Schein<br>520 S Rock Blvd.<br>Reno, NV 89502 | 3/6/24 -<br>6/3/24 | $32,646.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☑ Other  medical supplies |
| 3.6. | Anthem Blue Cross<br>77 Hartland Street, Suite 401<br>PO Box 280431<br>East Hartford, CT 06128-0431 | 3/6/24 -<br>6/3/24 | $24,534.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  health insurance |
| 3.7. | MD Systems<br>22801 Ventura Blvd., #301 | 3/6/24 -<br>6/3/24 | $12,846.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other  medical billing services |
| 3.8. | Bank of America<br>Attn: Bankruptcy NC4-10<br>POB 26012<br>Greensboro, NC 27410 | 3/6/24 -<br>6/3/24 | $12,053.02 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9. | Horiba Instruments Incorporated<br>9755 Research Drive<br>Irvine, CA 92618 | 3/6/24 -<br>6/3/24 | $10,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  lab equipment |

Debtor    **Daniel J. Wallace M.D., a Medical Corporation** _____    Case number (if known) _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.10 | Bank of America Merchant Service<br>150 N College Street<br>Matthews, NC 28105 | 3/6/24 -<br>6/3/24 | $9,688.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **payment processing fee** |
| 3.11 | Bank of America<br>Attn: Bankruptcy NC4-10<br>POB 26012<br>Greensboro, NC 27410 | 3/6/24 -<br>6/3/24 | $8,633.54 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12 | Amerisource Bergen<br>500 N. State College Blvd.<br>Orange, CA 92868 | 3/6/24 -<br>6/3/24 | $8,323.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **medical drugs** |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Daniel J. Wallace<br>8750 Wilshire Blvd., Suite 210<br>Beverly Hills, CA 90211<br>CEO | 5/2023 -<br>6/2024 | $331,500.02 | **Payroll** |
| 4.2. | Christine Hsin-Ying Lee<br>8750 Wilshire Blvd., Suite 210<br>Beverly Hills, CA 90211<br>Partner | 5/2023 -<br>5/2024 | $201,590.36 | **Payroll** |

**5.    Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.    Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

| Debtor | **Daniel J. Wallace M.D., a Medical Corporation** | Case number *(if known)* |
|---|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Marlyn Miranda**<br>**Claim No.: 3739807-1** | **Workers Compensation Claim with Sequoia Insurance Company Policy No. ending in 0815 Claim filed on 7/29/2023 Pending** | | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor  **Daniel J. Wallace M.D., a Medical Corporation**                          Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Michael Jay Berger**<br>**9454 Wilshire Blvd, 6th Floor**<br>**Beverly Hills, CA 90212** | | **3/12/2024 +**<br>**5/7/2024** | **$26,738.00** |
| | Email or website address<br>**Michael.Berger@bankruptcypower.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **JMLIU CPA ACCTY Corp**<br>**9454 Wilshire Blvd., 6th Floor**<br>**Beverly Hills, CA 90212** | | | **$33,960.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **8750 Wilshire Blvd., Suite 350**<br>**Beverly Hills, CA 90211** | **12/2017 - 1/2022** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor   **Daniel J. Wallace M.D., a Medical Corporation**                                Case number *(if known)* _____

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care appx. 4,000 |
|---|---|---|
| 15.1.  Daniel J. Wallace M.D.<br>8750 Wilshire Blvd., Suite 210<br>Beverly Hills, CA 90211 | **Internal medicine, rheumatology as a specialty; provide injections and other medical procedures** | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**electronically stored by Cedars-Sinai through their electronic-stored medical system** | How are records kept?<br>*Check all that apply:*<br><br>☑ Electronically<br>☐ Paper |

---

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

      **Social security**
      **Date of Birth**
      **Insurance Information** _____

      Does the debtor have a privacy policy about that information?
      ☐ No
      ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ☑ Yes. Fill in below:
      Name of plan                                                Employer identification number of the plan
      **401(k) Plan with John Hancock** _____      EIN:  **95-3744782**

      Has the plan been terminated?
      ☑ No
      ☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | **Daniel J. Wallace M.D., a Medical Corporation** | Case number *(if known)* |
|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **City National Bank**<br>**400 N. Roxbury Drive**<br>**Beverly Hills, CA 90210** | XXXX-7785 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 4/2024 | $19,820.51 |
| 18.2. | **City National Bank**<br>**400 N. Roxbury Drive**<br>**Beverly Hills, CA 90210** | XXXX-2981 | ☐ Checking<br>☑ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/2024 | $4,702.68 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

| Debtor | Daniel J. Wallace M.D., a Medical Corporation | Case number *(if known)* |

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. Books, records, and financial statements
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Lauren Rosson CPA<br>191 W. Wilbur Road Unit 103<br>Thousand Oaks, CA 91360 | 2016 - 03/2024 |
| 26a.2. | Jennifer Liu<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212 | 3/2024 - present |

  26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ☑ None

  26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ☐ None

Debtor  **Daniel J. Wallace M.D., a Medical Corporation** _____ Case number (if known) _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Lauren Rosson CPA**<br>**191 W Wilbur Road Unit 103**<br>**Thousand Oaks, CA 91360** | |
| 26c.2. | **Daniel J. Wallace M.D.**<br>**8750 Wilshire Blvd., Suite 210**<br>**Beverly Hills, CA 90211** | |
| 26c.3. | **Jennifer M. Liu**<br>**9454 Wilshire Blvd., 6th Floor**<br>**Beverly Hills, CA 90212** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

[✓] None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

[✓] No
[ ] Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel J. Wallace | 8750 Wilshire Blvd., Suite 210<br>Beverly Hills, CA 90211 | **Chief Executive Officer and**<br>**Chief Financial Officer** | 50% |
| Jody Stanley | 8750 Wilshire Blvd., Ste 210<br>Beverly Hills, CA 90211 | **Secretary** | 0% |
| Christine H. Lee, MD | 8750 Wilshire Blvd., Suite 210<br>Beverly Hills, CA 90211 | **Partner** | 50% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

[✓] No
[ ] Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

[ ] No
[✓] Yes. Identify below.

Debtor   **Daniel J. Wallace M.D., a Medical Corporation**                          Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Christine Hsin-Ying Lee**<br>**8750 Wilshire Blvd., Suite 210**<br>**Beverly Hills, CA 90211** | **$201,590.36** | **May 2023 -**<br>**May 2024** | **Compensation.** |
| | **Relationship to debtor**<br>**50% equity holder** | | | |
| 30.2 . | **Daniel J. Wallace M.D.**<br>**8750 Wilshire Blvd., Suite 210**<br>**Beverly Hills, CA 90211** | **$331,500.02** | **May 2023 -**<br>**May 2024** | **Compensation** |
| | **Relationship to debtor**<br>**CEO and 50% equity holder** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation                                     Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

Name of the pension fund                                           Employer Identification number of the pension fund

**401K Plan (currently with John Hancock but will be changed to Empower**      EIN:    **95-3744782**
**within 30 to 45 days)**

---

**Part 14:   Signature and Declaration**

> **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     6 - 3 - 2024

_____       **Daniel J. Wallace M.D.**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    __Daniel J. Wallace M.D., a Medical Corporation__                                    Case No. _____

Debtor(s)                    Chapter    __11__ _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept A RETAINER OF _____    $ _____25,000.00

    Prior to the filing of this statement I have received A RETAINER OF _____    $ _____25,000.00

    Balance Due _____    $ _____0.00

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__06/03/2024__ _____        _____
Date

Michael Jay Berger
*Signature of Attorney*
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223  Fax: (310) 271-9805**
**michael.berger@bankruptcypower.com**
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax: (310) 271-9805**
California State Bar Number: **100291 CA**
michael.berger@bankruptcypower.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Daniel J. Wallace M.D., a Medical Corporation**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____6/3/24_____

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____06/03/2024_____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Daniel J. Wallace M.D., a Medical Corporation
8750 Wilshire Blvd., Suite 210
Beverly Hills, CA 90211


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


Bank of America
One Independence Center
NC1-001-05-13
101 N. Troy Street
Charlotte, NC 28255-0001


Bank of America
Attn: Bankruptcy NC4-10
POB 26012
Greensboro, NC 27410


CBE Office Solutions
4 Mason Ste. A
Irvine, CA 92618


Christine Hsin-Ying Lee, M.D.
8750 Wilshire Blvd., Suite 210
Beverly Hills, CA 90211


CuraScript
255 Technology Park
Lake Mary, FL 32746


CuraScript SD Distribution
PO Box 978510
Dallas, TX 75397-8510

Daniel J. Wallace M.D.
8750 Wilshire Blvd., Suite 210
Beverly Hills, CA 90211


Henry Schein
520 S Rock Blvd.
Reno, NV 89502


Horiba Medical Service
9755 Research Drive
Irvine, CA 92618


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


Marilyn Miranda
c/o AmTrust North America
Attn: Jason Wu
PO Box 89404
Cleveland, OH 44101


McKesson Corporation And Affiliates
401 Mason Road
La Vergne, TN 37086


Medico Professional Linen Service
2654 Sequoia Drive
South Gate, CA 90280


Wallace Rheumatic Studies Center LL
8750 Wilshire Blvd., Suite 210
Beverly Hills, CA 90211

```
Wallace Rheumatic Studies LLC
8750 Wilshire Blvd., Suite 210
Beverly Hills, CA 90211


Wilshire Robertson SE, LP
c/o Amir Development Co.
8730 Wilshire Blvd., Suite 300
Beverly Hills, CA 90211
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger (SBN 100291)**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>**michael.berger@bankruptcypower.com** | |
| ☑ *Attorney for:  Daniel J. Wallace M.D., a Medical Corporation* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Daniel J. Wallace M.D., a Medical Corporation**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I,   __**Daniel J. Wallace**_____ , the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                  **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:
    - [✓] I am the president or other officer or an authorized agent of the Debtor corporation
    - [ ] I am a party to an adversary proceeding
    - [ ] I am a party to a contested matter
    - [ ] I am the attorney for the Debtor corporation

2.a. [✓] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests:
    **Daniel J. Wallace: 50% equity security holder**
    **Christine Hsin-Ying Lee: 50% equity security holder**

b.  [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date _____6-3-2024_____

By: _____
Signature of Debtor, or attorney for Debtor

Name:   **Daniel J. Wallace**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests:

Christine Hsin-Ying Lee
8750 Wilshire Blvd., Suite 210
Beverly Hills, CA 90211

Daniel J. Wallace M.D.
8750 Wilshire Blvd., Suite 210
Beverly Hills, CA 90211

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                  **F 1007-4.CORP.OWNERSHIP.STMT**